Roman Otkupman, CSBN 249423
*Roman@OLFLA.com*
Meghan Maertz, CSBN 276976
*Meghan@OLFLA.com*
**OTKUPMAN LAW FIRM, A LAW CORPORATION**
28632 Roadside Drive, Suite 203
Agoura Hills, CA 91301
Telephone: (818) 293-5623
Facsimile: (888) 850-1310

*Attorneys for Plaintiff*
RITA MOHLER


MARGARET ROSENTHAL, SBN 147501
*mrosenthal@bakerlaw.com*
SABRINA L. SHADI, SBN 205405
*sshadi@bakerlaw.com*
ERIC W. WITT, SBN 266289
*ewitt@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
HOST INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MOHLER, an individual, | Case No.  1:18-CV-01559-DAD-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| v. | Judge: Honorable Dale A Drozd |
| HOST INTERNATIONAL, INC., a Delaware Corporation and DOES 1 - 100, inclusive, | (Doc. 11) |
| Defendants. | |
| | Date Action Filed:  October 5, 2018 |

Plaintiff RITA MOHLER and Defendant HOST INTERNATIONAL, INC., (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate to extend the Febuary 7, 2020 discovery deadline, until August 7, 2020. In support of this stipulation, the parties offer the following:

WHEREAS, the Parties have agreed to mediate this case with well-respected mediator Hon. Steven R. Denton, Ret. on February 24, 2020, the first avaialble date when the parties (one of whom will travel from Maryland to participate) and a mutually agreed upon mediator are available.

WHEREAS, the parties request a continuance of fact discovery and expert discovery until August 7, 2020. This continuance would allow the parties time after mediation to resolve any outstanding discovery disputes and to complete all discovery necessary to support their respective claims and defenses.

WHEREAS, the Parties have exchanged written discovery; however, party depositions have not been completed. Plaintiff has noticed the deposition of numerous witnesses, and Defendant is working with Plaintiff to reschedule those depositions to take place in December 2019. Several of the witnesses live outside of this District, which requires making travel arrangements and complicates scheduling. In addition, Defendant operates airport concessions, and certain individuals Plaintiff wishes to depose have reduced availability during the holiday season. Other witnesses are former employees of Defendant, and Plaintiff will need to locate and serve subpoenas on those individuals to compel their appearance for deposition..

WHEREAS, the Parties, therefore, request that the Court extend fact discovery cut-off date until August 7, 2020, and expert discovery cut-off until August 28, 2020.

WHREAS, the trial for this matter is currently set for October 6, 2020.

**THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed that the discovery cutoff is extended to August 7, 2020 and all other corresponding deadlines are extended as set forth below.

| Event | Original Deadline | Requested Deadline |
|---|---|---|
| Nonexpert Discovery Cutoff | February 7, 2020 | August 7, 2020 |
| Expert Disclosure | February 21, 2020 | August 28, 2020 |
| Rebuttal Expert Disclosure | March 6, 2020 | September 4, 2020 |
| Expert Discovery Cutoff | March 27, 2020 | September 25, 2020 |
| Dispositive Motion Filing Deadline | April 10, 2020 | October 9, 2020 |
| Hearing Dispositive Motion | June 2, 2020 | December 11, 2020 |
| Settlement Conference | December 10, 2019 | TBD (after mediation?) |
| Pretrial Conference | August 10, 2020 | February 5, 2021 |
| Jury Trial | October 6, 2020 | March 8, 2021 |

**IT IS SO STIPULATED**.

Dated: November 25, 2019         OTKUPMAN LAW FIRM

By: /s/*Roman Otkupman*
Roman Otkupman
Meghan Maertz

*Attorneys for Plaintiff*
RITA MOHLER

Dated: November 25, 2019         BAKER & HOSTETLER LLP

By: */s/ Sabrina L. Shadi*
Sabrina L. Shadi
Eric W. Witt

*Attorneys for Defendant*
HOST INTERNATIONAL, INC.

## ORDER

Based on the parties' above-stipulation (Doc. 11), and with good cause shown, the Court hereby ORDERS that case schedule (Doc. 9) is modified as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | February 7, 2020 | August 7, 2020 |
| Expert Disclosures Deadline | February 21, 2020 | August 28, 2020 |
| Rebuttal Expert Disclosures Deadline | March 6, 2020 | September 4, 2020 |
| Expert Discovery Completion | March 27, 2020 | September 25, 2020 |
| Non-Dispositive Motion Filing | April 10, 2020 | October 9, 2020 |
| Non-Dispositive Motion Hearing | May 13, 2020 | November 18, 2020 |
| Dispositive Motion Filing | April 10, 2020 | October 9, 2020 |
| Dispositive Motion Hearing | June 2, 2020 | December 1, 2020 |
| Settlement Conference | December 10, 2019, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto | Vacated; Telephonic conference to discuss re-setting Settlement Conference set for March 31, 2020, at 3:00 p.m.[1] |
| Pretrial Conference | August 10, 2020, at 3:30 p.m. | February 8, 2021, at 2:30 p.m.[2] |
| Trial | October 6, 2020, at 1:00 p.m. | March 23, 2021, at 8:30 a.m.[3] |

IT IS SO ORDERED.

Dated: **November 26, 2019**     /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.** Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set. **By no later than March 24, 2020, the parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s).**

[2] As Judge Drozd conducts pretrial conferences on Mondays, the parties' requested date was continued to the next available Monday.

[3] As Judge Drozd commences trial on Tuesdays, the parties' requested date was continued to the next available Tuesday.